# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | | |
|---|---|---|
| LHNH Northwoods Townhomes NC, LLC; | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:17-CV-265-FL |
| BABAJIDE AJIFOWOBAJE and ELIZABETH AJIFOWOBAJE, | ) ) | |
| | ) | |
|     Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiffs' motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 8, 2017, that the memorandum and recommendations recommending this case be remanded are adopted, and this case is remanded to the General Court of Justice, Superior Court Division, Wake County, North Carolina.

**This Judgment Filed and Entered on November 8, 2017, and Copies To:**

Babajide and Elizabeth Ajifowobaje, 518 Key West Mews, Cary, NC 27513 (via US mail)
The Honorable Jennifer Knox, Wake County Clerk of Superior Court
    (via U.S. mail) P O Box 351, Raleigh, NC 27602

| | |
|---|---|
| November 8, 2017 | PETER A. MOORE, JR., CLERK |
| |  /s/ Sandra K. Collins |
| | (By) Sandra K. Collins, Deputy Clerk |